JAMES McNAIR THOMPSON
SBN 67807
LAW OFFICES OF JAMES McNAIR THOMPSON
PO BOX 636
LOS GATOS CA 95031
(408) 358-6047
Attorney for David Ayala – Hernandez

ÒÒÍÒÒͬ

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No.: CR – 05 – 00287 –DLJ |
| Plaintiff, | ) |
| | ) STIPULATION AND [] |
| vs. | ) ORDER CONTINUING SENTENCING |
| | ) FROM AUGUST 1, 2013 TO AUGUST |
| | ) 8, 2013 AT 10:00 A.M. |
| DAVID AYALA – HERNANDEZ, | ) |
| | ) |
| Defendant | ) |

IT IS HEREBY STIPULATED by the undersigned that the sentencing in this

case, currently scheduled for Thursday, August 1, 2013 at 10:00 a.m., be vacated

and rescheduled to Thursday, August 8, 2013 at 10:00 a.m. because defendant's

counsel is currently engaged in a trial in state court.

It is so stipulated.

Respectfully submitted,

Dated: July 30, 2013

MELINDA HAAG
United States Attorney
/s/

_____
JOHNG GLANG
Assistant United States Attorney

JAMES MCNAIR THOMPSON
Attorney for DAVID AYALA – HERNANDEZ
/s/_____

## [] ORDER

Based on the above, and for good cause shown,

**IT IS HEREBY ORDERED**:

That the August 1, 2013 sentencing in the above-captioned matter is vacated, and the matter shall appear on August 8, 2013 at 10:00 a.m. for sentencing.

Dated: _____

_____
HON. D. LOWELL JENSEN

United States District Judge